IT IS SO ORDERED.

s/*Pamela A. Barker*
**PAMELA A. BARKER,
U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ARLINO BEYJIN,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONS LENDING CORPORATION,<br><br>  Defendant. | Case No. 1:23-cv-1775<br><br>Judge Pamela A. Barker<br><br>**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>** |

Plaintiff Arlino Beyjin, through undersigned counsel, gives notice of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i). In support of this notice, Plaintiff states:

1. On September 12, 2023, Plaintiff filed his Complaint.

2. On October 9, 2023, Plaintiff filed an Amended Complaint.

3. On November 13, 2023, Defendant filed a Motion to Dismiss.

4. On December 5, 2023, Plaintiff filed an unopposed motion for a 21-day extension, up to and including January 3, 2024, to file a memorandum in opposition to Defendant's Motion to Dismiss. On December 6, 2023, the Court granted this motion.

5. Defendant has not served an answer or a motion for summary judgment in response to the Complaint or Amended Complaint.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. This dismissal is without prejudice.